UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA JAIME,<br><br>Defendant. | Crim. Case No.: 21-CR-1582-JLS<br><br>ORDER |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting set for July 2, 2021, is continued to a Motion Hearing and Trial Setting on August 20, 2021, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21-CR-1582-JLS