UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>VERONICA JAIME,<br><br>                              Defendant. | Crim. Case No.: 21-CR-1582-JLS<br><br>ORDER |

Upon motion of the defendant and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting set for November 19, 2021, is continued to December 17, 2021 at 1:30 p.m.  Defendant shall file an acknowledgment of the new hearing date within one week of this order.

For the reasons set forth in Defendant's motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  November 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge