UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>VERONICA JAIME,<br><br>                                    Defendant. | Crim. Case No.:  21-CR-1582-JLS<br><br>ORDER |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting set for December 17, 2021, is continued to a Motion Hearing and Trial Setting on January 28, 2022 at 1:30p.m. Defendant shall file an acknowledgement of the new hearing date by December 30, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  December 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21-CR-1582-JLS