UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>VERONICA JAIME,<br><br>                             Defendant. | Crim. Case No.:  21-CR-1582-JLS<br><br>ORDER |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting set for April 22, 2022, is continued to a Motion Hearing and Trial Setting on May 27, 2022 at 1:30 p.m.  For the reasons set forth in the joint motion, time is excluded in the interest of justice.

IT IS SO ORDERED.

Dated:  April 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge