UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VERONICA JAIME,<br><br>　　　　　　　　　　Defendant. | Crim. Case No.: 21-CR-1582-JLS<br><br>ORDER |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing set for September 23, 2022, is continued to a Sentencing Hearing on October 7, 2022 at 9:00 a.m. Time is excluded in the interest of justice.

　　IT IS SO ORDERED.

Dated:  June 24, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge